FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: July 23 2020

JAMES N. HATTEN, Clerk

By: s/Angela Smith
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMIRO HELMEYER | Criminal Information<br><br>No. 1:20-CR-266-CMS |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 8, 1982, in the Northern District of Georgia, the defendant, Ramiro Helmeyer, did willfully obstruct and impede a lawful warrant issued by a Court of the United States, that is, the arrest warrant issued by the United States District Court for the Northern District of Georgia; all in violation of Title 18, United States Code, Section 1509.

BYUNG J. PAK
United States Attorney

KIM S. DAMMERS
Assistant United States Attorney
Georgia Bar No. 425317

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181