FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: July 23 2020

JAMES N. HATTEN, Clerk

By: s/Angela Smith
Deputy Clerk

AO 86A (4/91) Consent to Proceed – Misdemeanor

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

Vs.

RAMIRO HELMEYER

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

CASE NO. 1:20-CR-266-CMS

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate judge.

X _____
DEFENDANT

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury.

X _____
DEFENDANT

Consented to by United States:

_____
SIGNATURE

_____
NAME AND TITLE

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
DEFENDANT

_____
DEFENDANT'S ATTORNEY (if any)

Approved by: *Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

July 23, 2020

Escaneado con CamScanner

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |
| Vs. | |
| RAMIRO HELMEYER | **IN A MISDEMEANOR CASE** |
| | CASE NO. 1:20-CR-266-CMS |

```
FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: July 23 2020

JAMES N. HATTEN, Clerk

By: s/Angela Smith
        Deputy Clerk
```

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate judge.

X _____
DEFENDANT

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury.

X _____
DEFENDANT

Consented to by United States:

*[signature]*
SIGNATURE

Kim S Damato(?), Principal Deputy, DOJ-OCGS
NAME AND TITLE

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
DEFENDANT

_____   Approved by:   _____
DEFENDANT'S ATTORNEY (if any)                    UNITED STATES MAGISTRATE JUDGE

_____
DATE