## MAGISTRATE'S CRIMINAL MINUTES - MISCELLANEOUS

MAGISTRATE JUDGE CATHERINE M. SALINAS, PRESIDING         DATE: 7/23/20
                                                         TAPE By Zoom @ 10:00 am

INTERPRETER: Richard Singer          COURT REPORTER: Andy Ashley

ANGELA SMITH, DEPUTY CLERK           TIME IN COURT 58 mins

CASE NO. 1:20-CR-266-CMS             DEFT NAME: Ramiro Helmeyer

AUSA: Kim Dammers                    DEFT ATTY: Bruce Harvey
                                     TYPE CNSL:    RETAINED

**ARRAIGNMENT**

- **X**  COMPLAINT / INFORMATION / VIOLATION NOTICE FILED
- **X**  DEFENDANT ADVISED OF RIGHT TO COUNSEL
- \_\_\_  ORDER FEDERAL DEFENDER PROGRAM APPOINTED TO REPRESENT DEFENDANT
- \_\_\_  _____ APPOINTED TO REPRESENT DEFENDANT
- **X**  CONSENT TO TRIAL BE MAGISTRATE FILED
- \_\_\_  DEFENDANT ENTERS PLEA OF **NOT GUILTY**
- \_\_\_  DEFENDANT WITHDRAWS PLEA OF NOT GUILTY
- **X**  DEFENDANT ENTERS PLEA OF **GUILTY**
- **X**  DEFENDANT CONSENT ON THE RECORD TO PROCEED BY ZOOM
- **X**  THE TRANSCRIPT OF THE PROCEEDING IS ORDERED TO BE SEALED

**TRIAL**

- \_\_\_  TRIAL DATE SET / CONTINUED TO / RESET FOR _____
- \_\_\_  TRIAL HELD - BENCH
- \_\_\_  COURT JUDGMENT OF **GUILTY**
- \_\_\_  COURT JUDGMENT OF **NOT GUILTY**

**SENTENCING**

- \_\_\_  REFERRED TO PROBATION FOR PSI;    SENTENCING SET FOR _____
- \_\_\_  SENTENCING RESET / CONTINUED TO _____
- **X**  SENTENCING HELD

**JUDGMENT**

- \_\_\_  IMPOSITION DEFERRED
- \_\_\_  IMPRISONMENT FOR _____
- \_\_\_  EXECUTION OF SENTENCE SUSPENDED
- **X**  DEFENDANT PLACED ON PROBATION FOR 1 Year     ( **X** UNSUPERVISED)
- **X**  SPECIAL CONDITION(S) If the defendant enters the US within the year he must report to probation within five (5) days.
- \_\_\_  FINE IN THE AMOUNT OF $ _____ UNDER TERMS AND CONDITIONS , USPO _____ WITHIN _____ DAYS OR STAND COMMITTED.
- **X**  SPECIAL ASSESSMENT IN THE AMOUNT OF $ 25.00
- \_\_\_  RESTITUTION IN THE AMOUNT OF $ _____ ( _____ AS DIRECTED BY USPO) TO: _____
- \_\_\_  VOLUNTARY SURRENDER TO USM OR DESIGNATED INST. ON OR BEFORE _____
- \_\_\_  EXECUTION OF SENTENCE DEFERRED UNTIL _____
- \_\_\_  _____ DISMISSED ON GOVERNMENT MOTION
- \_\_\_  BOND SET AT _____ ( \_\_\_\_ ) SURETY ( \_\_\_\_ ) NON - SURETY; OTHER _____